UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMA M. SMALLS, as Administrator of the Estate of Marie Smalls a/k/a Marie Small, deceased,<br><br>                           Plaintiff,<br><br>          -against-<br><br>WHITE PLAINS HOSPITAL,<br><br>                           Defendant. | 24-CV-1525 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 2, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 2, 2024
             New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                               Chief United States District Judge